160 A.3d 771

COMMONWEALTH of Pennsylvania, Respondent

v.

Frank LUCAS, Petitioner

No. 172 EAL 2016

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**